# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> WAZE MOBILE LIMITED, § <br> § <br> *Defendant*. § | CIVIL ACTION NO. 2:19-CV-00359-JRG |

## ORDER

In accordance with the Order issued by the United States Court of Appeals for the Federal Circuit (No. 2022-140), the Court hereby **TRANSFERS** the above-captioned case to the United States District Court for the Northern District of California.

**So ORDERED and SIGNED this 23rd day of August, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE